**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Aliya Ishan Mitchell** | : | Case No.: 24-11411 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **MidFirst Bank** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

24-008991_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 24-11411 |
| **Aliya Ishan Mitchell** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Aliya Ishan Mitchell** | : |
| **Kenneth E. West** | : |
| **Respondents.** | : |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

MICHAEL A. CIBIK, Attorney for Aliya Ishan Mitchell, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Aliya Ishan Mitchell, 1730 Mohican St, Philadelphia, PA  19138-1116

/s/ Stephen R. Franks

24-008991_PS