United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 24-11411-amc
Aliya Ishan Mitchell   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5
Date Rcvd: Jan 02, 2025      Form ID: pdf900      Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Aliya Ishan Mitchell, 1730 Mohican St, Philadelphia, PA 19138-1116 |
| 14883439 | | MidFirst Bank, c/o Alyk L. Oflazian, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14879576 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 14880109 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 03 2025 02:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14877887 | | Email/Text: bncnotifications@pheaa.org | Jan 03 2025 02:54:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14877886 | | Email/Text: bncnotifications@pheaa.org | Jan 03 2025 02:54:00 | Aes/m&taselt, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14877888 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 03 2025 02:59:08 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14878161 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14878400 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14877889 | | Email/Text: bncnotifications@pheaa.org | Jan 03 2025 02:54:00 | American Education Services/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14894032 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2025 02:59:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14877890 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2025 02:59:04 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14877891 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 03 2025 02:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14877892 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 03 2025 02:54:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14877893 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 03 2025 02:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14877897 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 03 2025 02:54:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 14877903 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 03 2025 02:54:00 | Citizens Bank N.A., 1 Citizens Bank Way, JCA115, Johnston, RI 02919-1922 |
| 14895517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 03 2025 02:54:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 14905948 | | Email/Text: megan.harper@phila.gov | Jan 03 2025 02:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14877894 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 02:59:03 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14892796 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2025 02:59:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14877895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 02:59:07 | Capital One/Neiman Marcus/Bergdorf Goodman, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14877896 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14877900 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 02:59:08 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14877901 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 02:59:04 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14882489 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 02:59:04 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14882613 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 02:59:11 | Citibank, N.A., 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14877902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 03:12:08 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14877905 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2025 02:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14877906 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2025 02:54:00 | Comenity Capital/idlimg, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14877904 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2025 02:54:00 | Comenity bank/J Crew, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 14877907 | ^ | MEBN | Jan 03 2025 02:51:41 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14877908 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 02:59:04 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14877911 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 03:12:06 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14877909 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 03 2025 02:59:10 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14877910 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 03 2025 02:54:00 | Hyundai Capital Americ, Po Box 20835, Fountain Valley, CA 92728-0835 |
| 14897064 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2025 02:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14877899 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2025 02:59:06 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14877898 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2025 02:59:07 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14894369 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 24-11411-amc   Doc 34   Filed 01/04/25   Entered 01/05/25 00:36:57   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 03 2025 02:59:06 | JPMorgan Chase Bank, N.A., PO BOX 15368, Wilmington, DE 19850 |
| 14894229 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 03 2025 02:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14897595 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 03 2025 02:54:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14890625 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 03 2025 02:59:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14877912 | + | Email/Text: M74banko@mercedes-benz.com | | |
| | | | Jan 03 2025 02:54:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14895437 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jan 03 2025 02:59:06 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14877913 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jan 03 2025 02:59:04 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14890449 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jan 03 2025 02:54:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14877914 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jan 03 2025 02:54:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14877915 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Jan 03 2025 02:54:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14877916 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Jan 03 2025 02:54:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14877917 | | Email/Text: bnc@nordstrom.com | | |
| | | | Jan 03 2025 02:54:06 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14899616 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 03 2025 02:54:00 | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14877918 | | Email/Text: bkrgeneric@penfed.org | | |
| | | | Jan 03 2025 02:54:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 14899654 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 03 2025 02:54:00 | PNC Bank, National Association, Po Box 94982, Cleveland, OH 44101 |
| 14877919 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 03 2025 02:54:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14903224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 03 2025 02:59:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 14899831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 03 2025 02:59:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14879540 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 03 2025 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14904487 | ^ | MEBN | | |
| | | | Jan 03 2025 02:51:30 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14933398 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 03 2025 02:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14901243 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 03 2025 02:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14902828 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 03 2025 02:59:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14877920 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:07 | Syncb/Walmart Dc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14877921 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14877922 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14877923 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:07 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14877924 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14877925 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:06 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14877926 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:06 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14877927 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14877928 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:03 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14877929 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14877930 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 02:59:04 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14877931 | + | Email/Text: bncmail@w-legal.com | Jan 03 2025 02:54:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14877932 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 03 2025 02:54:00 | Transworld Sys Inc/51, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |
| 14899210 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2025 02:59:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14877933 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 02:59:03 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14889050 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14894033 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14894828 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14894831 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14890450 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 78 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:

**Name** **Email Address**

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Aliya Ishan Mitchell help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Stephen Franks
on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Aliya Ishan Mitchell, | Chapter 13 |
|---|---|
| *Debtor.* | Case No. 24-11411-AMC |

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Gessley Olivier, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: Jan 2, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge